UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANGEL RODRIGUEZ, Individually and as the representative of a class of similarly situated persons,
                              Plaintiff,

      -against-

WESTRIDGE MARKETING CORP. d/b/a Luggage Pros,

                              Defendant
-------------------------------------------------------------------X

Civil Action

Case No.: 1:21-cv-5025

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, <u>with prejudice,</u> without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
          January 19, 2022

| | |
|---|---|
| **SHAKED LAW GROUP, P.C.** | **FISHMAN MCINTYRE LEVINE SAMANSKY P.C.** |
| By: Dan Shaked, Esq. | By: Mitchell B. Levine, Esq. |
| *[signature]* | *[signature]* |
| *Attorneys for Plaintiffs* | *Attorney for Defendant* |
| Dan Shaked, Esq. | WESTRIDGE MARKETING CORP. |
| **Shaked Law Group, P.C.** | d/b/a Luggage |
| **14 Harwood Court, Suite 415** | 521 Fifth Avenue, 17th Floor |
| **Scarsdale, NY 10583** | New York, New York 10175 |
| **917-373-9128** | 212-461-7190 |
| **ShakedLawGroup@gmail.com** | Our File No.: SPF-632 |

So Ordered: Kiyo A. Matsumoto, USDJ
1.28.2022

1